AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MARY ERIN MILLER,**
**Plaintiff,**

vs.                                                                                 Case Number:   **07-2119**

**AMERITECH LONG TERM DISABILITY PLAN,**
**Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff.  Case is terminated.

ENTER this 4th day of November 2008.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK